# UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTH CAROLINA

## COLUMBIA DIVISION

UNITED STATES OF AMERICA

vs.

MICHAEL GREENE

CRIMINAL NO. 3:19-0004

## PLEA

The Defendant, __MICHAEL GREENE__, acknowledges receipt of a copy of the INDICTMENT and after arraignment pleads __NOT GUILTY__ in open court.

_____
(Signed)   Defendant

Columbia, South Carolina

January 15, 2019