# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CR. NO.:  3:19-4 |
| | ) | |
| -vs- | ) | MOTION FOR DISCLOSURE OF |
| | ) | INTENT TO USE EVIDENCE OF |
| | ) | OTHER CRIMES, WRONGS, OR |
| | ) | ACTS UNDER FEDERAL RULES |
| | ) |      OF EVIDENCE 404(B) |
| **MICHAEL GREENE** | ) | |

The defendant, **MICHAEL GREENE**, through his undersigned attorney, does hereby move the Court, pursuant to Federal Rules of Evidence, Rule 404(b), for an Order requiring the Government to disclose its intent to use any evidence of other crimes, wrongs, or acts as proof of motive, opportunity, intent preparation, plan, knowledge, identity, absence of mistake, accident, or any other purpose. In this regard, the Government should specify the particular crime, wrong, or act to be used and the particular theory upon which it is admissible.

Respectfully submitted,

s/JAMES P. ROGERS
Assistant Federal Public Defender
1901 Assembly Street, Suite 200
Columbia, South Carolina  29201
Telephone:   (803) 765-5087
ATTORNEY ID# 3530
Email address: James_Rogers@fd.org

Columbia, South Carolina

January 16, 2019