## IN THE DISTRICT COURT OF THE UNITED STATES

## FOR THE DISTRICT OF SOUTH CAROLINA

## COLUMBIA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CR. NO.:   3:19-4 |
| | ) | |
| -vs- | ) | MOTION TO DISCLOSE |
| | ) | INTENTION TO USE |
| | ) | EVIDENCE |
| **MICHAEL GREENE** | ) | |

**TO:**   Mr. Winston Holliday
　　　　Assistant United States Attorney

　　　　YOU WILL PLEASE TAKE NOTICE that the undersigned attorney for the defendant, **MICHAEL GREENE**, will appear before the United States Court for the District of South Carolina at such place and at such time as counsel can be heard, and then and there move pursuant to Rule 12(b)(4), Federal Rules of Criminal Procedure, that the Court order the Government to notify the defendant of its intention to use any evidence at trial which may be subject to a motion to suppress.

　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　s/JAMES P. ROGERS
　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender
　　　　　　　　　　　　　　　　　　1901 Assembly Street, Suite 200
　　　　　　　　　　　　　　　　　　Columbia, South Carolina  29201
　　　　　　　　　　　　　　　　　　Telephone:   (803) 765-5087
　　　　　　　　　　　　　　　　　　ATTORNEY ID# 3530
　　　　　　　　　　　　　　　　　　Email address: James_Rogers@fd.org

Columbia, South Carolina

January 16, 2019